May Term,
1858,

LAGRO, MA-
RION AND
JONESBORO
PLANKROAD
COMPANY
v.
ERISTON.

---

LAGRO, MARION AND JONESBORO PLANKROAD COMPANY *v.*
ERISTON.

*Tuesday,*
*June 1.*

APPEAL from the *Grant* Court of Common Pleas.

*Per Curiam.*—Action to recover toll for passing over plaintiffs' road.

Trial by Court and finding for defendant. Motion for new trial made and overruled, exceptions taken, and judgment on the finding.

There were no written reasons for new trial filed in the Court below. In accordance with the decisions of this Court heretofore made, there is nothing before us to be determined. *Madison, &c., Railroad Company* v. *Franklin Township*, 8 Ind. R. 528.

The judgment is affirmed with costs.

*J. Brownlee*, for the appellants.

*I. Van Devanter* and *J. F. McDowell*, for the appellee.